**Susan M. DRUMMOND, Respondent,**

v.

**David L. DRUMMOND, Appellant.**

**No. WD 42561.**

Missouri Court of Appeals,
Western District.

Dec. 4, 1990.

F.A. White, Jr., Kansas City, for appellant.

Dennis C. Eckold, Gladstone, for respondent.

Before LOWENSTEIN, P.J., and SHANGLER and MANFORD, JJ.

### ORDER

PER CURIAM:

Direct appeal from a decree of dissolution of marriage.

Judgment affirmed. Rule 84.16(b).

**STATE of Missouri, Respondent,**

v.

**Larry N. NORFLEET, Appellant.**

**No. WD 42977.**

Missouri Court of Appeals,
Western District.

Dec. 4, 1990.

Ronald J. Prenger, Jefferson City, for appellant.

Anthony Gawienowski, Asst. Pros. Atty., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and SHANGLER and MANFORD, JJ.

### ORDER

PER CURIAM.

Appeal from denial of motion to withdraw guilty plea.

Judgment affirmed. Rule 30.25(b).